**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SUE GARRISON, individually and on                                                                        PLAINTIFF
behalf of all others similarly situated

v.                                            No. 3:16CV00253 JLH

REVCLAIMS, LLC; AVECTUS
HEALTHCARE SOLUTIONS, LLC;
ST. BERNARD'S HOSPITAL;
ST. BERNARD'S COMMUNITY HOSPITAL
CORPORATION; SHELBY COUNTY
HEALTHCARE CORPORATION, d/b/a
REGIONAL MEDICAL CENTER, d/b/a
REGIONAL ONE HEALTH;
BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; LAWRENCE MEMORIAL
HOSPITAL; WHITE RIVER HEALTH
SYSTEM, INC.; and JOHN DOES 1-100                                                                        DEFENDANTS

## **ORDER**

Pursuant to the stipulation of the parties, the claims of the plaintiff against Shelby County Healthcare Corporation d/b/a Regional Medical Center and d/b/a Regional One Health and Avectus Healthcare Solutions, LLC, are dismissed.  Document #42.

IT IS SO ORDERED this 13th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE