**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SUE GARRISON, Individually and on Behalf                                    PLAINTIFFS
of All Others Similarly Situated

v.                                      No. 3:16CV00253 JLH

REVCLAIMS, LLC; ST. BERNARD'S HOSPITAL, INC.;
ST. BERNARD'S COMMUNITY HOSPITAL CORP.;
BAPTIST HEALTH; BAPTIST HEALTH HOSPITALS;
LAWRENCE MEMORIAL HOSPITAL;
WHITE RIVER HEALTH SYSTEM, INC.;
and JOHN DOES 1-100                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Sue Garrison against RevClaims, LLC, St. Bernard's Hospital, Inc., St. Bernard's Community Hospital Corp., Baptist Health, Baptist Health Hospitals, Lawrence Memorial Hospital, and White River Health System, Inc., are dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE